IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRON MILLER,**<br>    Petitioner<br><br>        v.<br><br>**WARDEN IRWIN, et al.,**<br>    Respondents | :<br>:<br>:    No. 1:24-cv-02072<br>:<br>:    (Judge Kane)<br>:<br>: |

## ORDER

**AND NOW**, on this 29th day of January, 2025, after considering the petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) and application for leave to proceed in forma pauperis (Doc. No. 3) filed by pro se Petitioner Terron Miller, and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The application for leave to proceed in forma pauperis (Doc. No. 3) is **DENIED AS MOOT** because Petitioner remitted the filing fee;

2. The habeas petition (Doc. No. 1) is **DEEMED FILED**;

3. The habeas petition (Doc. No. 1) is **DISMISSED WITH PREJUDICE**;

4. A certificate of appealability **SHALL NOT ISSUE**;

5. The Clerk of Court is directed to **SEND** copies of this Order and the accompanying Memorandum to Petitioner, see R. 4, 28 U.S.C. foll. § 2254; and

6. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania